UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAIR HOUSING JUSTICE CENTER, INC.; KAARON BRISCOE MINEFEE; JOHN-MARTIN GREEN; JOSHUA ROBINSON; and SANDRA VAUGHN-COOKE, <br><br>                              Plaintiffs, <br><br>      v. <br><br> KOSOVA PROPERTIES, INC.; MULLINER & PROPERTIES INC.; BURR PROPERTIES LLC; DARDANIA PROPERTIES LLC; NEZAJ REALTY LLC; and HAMDI NEZAJ, <br><br>                              Defendants. | 16 Civ. 03537 (LGS) |

**NOTICE OF PLAINTIFFS' MOTIONS IN LIMINE**

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law and annexed Declaration of Alanna Kaufman, with all exhibits thereto, and upon all prior pleadings and submissions in this action, Plaintiffs the Fair Housing Justice Center, Inc., Kaaron Briscoe Minefee, John-Martin Green, Joshua Robinson, and Sandra Vaughn-Cooke will move this Court at 40 Foley Square, Courtroom 1106, New York, New York, before the Honorable Lorna Schofield, at such a convenient time as may be determined, for order of the Court to preclude Defendants from offering:

(1) Testimony concerning tenants who began residing in Defendants' buildings prior to when Defendants purchased the building;

(2) Testimony concerning tenants who began residing in Defendants' buildings after the filing of this action; and

(3) Unauthenticated evidence of purported renovations to 2126-2130 Muliner Avenue in the summer of 2015.

PLEASE TAKE FURTHER NOTICE that by order of the Court, opposition papers, if any, shall be filed on or before June 16, 2017.

Date:   June 6, 2017
        New York, New York

              EMERY CELLI BRINCKERHOFF
              & ABADY LLP

              _____/s/_____
              Diane L. Houk
              Alanna Kaufman
              600 Fifth Avenue, 10th Floor
              New York, New York 10020
              (212) 763-5000

              *Attorneys for Plaintiffs FHJC, Kaaron Briscoe Minefee, John-Martin Green, and Joshua Robinson*

              _____/s/_____
              Kevin M. Cremin (KC-4319)
              Shanila Ali
              Of counsel to Jeanette Zelhof
              MFY Legal Services, Inc.
              100 William Street, 6th Floor
              New York, New York 10038
              Telephone: (212) 417 – 3759
              Facsimile: (212) 417 – 3891
              Email: kcremin@mfy.org

              *Attorneys for Plaintiff Sandra Vaughn-Cooke*

TO: Claude Castro
    D. Paul Martin
    CLAUDE CASTRO & ASSOCIATES PLLC
    545 Fifth Avenue, 8th Floor
    New York, New York 10017
    (212) 810-2710

Gregory Saracino
Matthew Trauner
MILBER MAKRIS PLOUSAIDIS & SEIDEN, LLP
3 Barker Avenue, 6th Floor
White Plains, New York 10601
(914) 681-8700

*Attorneys for Defendants*